**ROGER A. CARNAGEY**
Attorney at Law
One Kaiser Plaza, Suite 601
Oakland, CA 94612
(510) 452-5005
(510) 451-2944 (fax)

August 11, 2005


Hon. Charles R. Breyer
United States District Court
Courtroom 8, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    **Re:    Levine v. City of Alameda, et al.
            Case No. C-04-01780 CRB**

Dear Judge Breyer:

    In order to comply with the local rules and in view of opposing counsel's letter filing dated August 4, 2005, plaintiff submits an Amended Memorandum of Points and Authorities in Support of Motion for Summary Judgment. The only amendments to this pleading are procedural in character with the addition of the Summary of Argument and substitution of evidentiary citations from Plaintiff's Separate Statement of Undisputed Material Facts (filed July 15, 2005) into the text of the brief in place of the references to the separate statement facts themselves.

    Thank you in advance for the court's time and attention in this matter.

                                  Very truly yours,


                                  Roger A. Carnagey

RAC/ys