ROGER A. CARNAGEY (SBN 79005)
Attorney at Law
One Kaiser Plaza, Suite 601
Oakland, CA 94612
(510) 452-5005
(510) 451-2944 fax

Attorney for Plaintiff
EDWARD LEVINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEVINE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF ALAMEDA, a California Charter City, and JAMES M. FLINT, both individually and as City Manager for the City of Alameda,<br><br>　　　　Defendants.<br>_____/ | Case No. C04-01780 CRB<br><br>**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON SECOND CLAIM FOR RELIEF FOR AGE DISCRIMINATION ONLY**<br><br>Hearing Date: September 9, 2005<br>Time: 10:00 a.m.<br>Place: Courtroom No. 8, 19th Floor<br>　　　　Hon. Charles R. Breyer |

　　　　Plaintiff Edward Levine hereby notifies the Court and all parties that plaintiff does not oppose an order granting summary judgment to defendants on the Second Claim for Relief for Age Discrimination. Plaintiff has filed his opposition to the remainder of defendants' motion for summary judgment herewith.

　　　　Dated: August 25, 2005

/s/ _____
ROGER A. CARNAGEY
Attorney for Plaintiff
EDWARD LEVINE