ROGER A. CARNAGEY (SBN 79005)
Attorney at Law
One Kaiser Plaza, Suite 601
Oakland, CA 94612
(510) 452-5005
(510) 451-2944 fax

Attorney for Plaintiff
EDWARD LEVINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEVINE, | Case No. C04-01780 CRB |
| Plaintiff, | **PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CITY OF ALAMEDA, a California Charter City, and JAMES M. FLINT, both individually and as City Manager for the City of Alameda, | Hearing Date: September 9, 2005<br>Time: 10:00 a.m.<br>Place: Courtroom No. 8, 19th Floor |
| Defendants. _____/ | Hon. Charles R. Breyer |

Plaintiff Edward Levine hereby submits the following objections to defendants' evidence cited in support of their motion for summary judgment:

| EVIDENCE* | OBJECTION |
|---|---|
| 1. Page 2:14-18 | Defendants do not cite any supporting declarations, depositions or other legally cognizable evidence. |
| 2. Page 2:19-23 | Defendants do not cite any supporting declarations, depositions or other legally cognizable evidence. |
| 3. Page 3: 1-12 | Defendants do not cite any support declarations, depositions or other legally cognizable evidence. |
| 4. Pages 3:17-4:4 | Hearsay, FRE 802. Lack of foundation and personal knowledge, and speculative, FRE 602. |

_____
*All evidence citations are to the Statement of Facts contained in the Memorandum of Points and Authorities in support of Defendants' motion for Summary Judgment, filed on July 15, 2005.

Plaintiff's Objections to Defendants' Evidence
in Support of Motion for Summary Judgment  1

| | | |
|---|---|---|
| 1 | 5. Page 6:1-6 ("...the suspension of the golf course and hotel project") | This statement mischaracterizes the evidence cited in its support. |
| 2 | | |
| 3 | 6. Page 7:6-13 | Defendants do not cite any supporting declarations, depositions or other legally cognizable evidence. Hearsay, FRE 802. Lack of foundation and personal knowledge, and speculative, FRE 602. |

Dated: August 25, 2005

/s/
ROGER A. CARNAGEY
Attorney for Plaintiff
EDWARD LEVINE