LINDA A. TRIPOLI (SBN 100389)
Attorney at Law
One Blackfield Drive, No. 403
Tiburon, California 94920
Telephone: (415) 380-8822
Facsimile: (415) 380-8868

Attorney for Defendants
CITY OF ALAMEDA and JAMES FLINT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD LEVINE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ALAMEDA, a California Charter City, and JAMES M. FLINT, both individually and as City Manager for the City of Alameda,<br><br>Defendants. | Case No. C04-01780 CRB/ADR<br><br>**SUPPLEMENTAL DECLARATION OF LINDA A. TRIPOLI IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br>[Fed. R. Civ. P. 56]<br><br>Date: September 9, 2005<br>Time: 10:00 a.m.<br>Ctrm.: 8 (19th Floor)<br><br>Trial Date: None |

I, LINDA A. TRIPOLI, hereby declare as follows:

1. I am the attorney of record for Defendants in this action.

2. Attached hereto are true and correct excerpts from the deposition of Grace Sagun Harley taken in connection with this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of August, 2005 at Tiburon, California.

                                                  /S/
                                      LINDA TRIPOLI

SUPP. DECL. OF LINDA A. TRIPOLI IN OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMARY JUDGMENT
Levine v. City of Alameda and Flint
Case No. C-04-01780 CRB/ADR     -1-

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                       ---oOo---
 4   EDWARD LEVINE,
 5        Plaintiff,
 6   vs.                           No. C04-01780 CRB/ADR
 7   CITY OF ALAMEDA, A
     CALIFORNIA CHARTER CITY,
 8   AND JAMES M. FLINT, BOTH
     INDIVIDUALLY AND AS CITY
 9   MANAGER FOR THE CITY OF
     ALAMEDA,
10
         Defendants.
11   _____/
12
13
14        DEPOSITION OF GRACE ILAS SAGUN HARLEY
15             VOLUME II (Pages 19 - 169)
16
17
18        Taken before JEANNIE M. CHIMPKY
19                 CSR No. 12742
20                 June 29, 2005
21
22
23
                              One Kaiser Plaza, Suite 505
24                            Oakland, California 94612
                              510/451-1580   Fax 510/451-3797
25
                              Certified Shorthand Reporters
```

COPY

1  only.

2  Q. Did your discussion pertain to Mr. Levine?

3  A. Yes.

4  Q. Did you review these items that are contained on Exhibit 38 below the line with Ms. Banks at that time?

7  A. Yes.

8  Q. And you testified that she told you not to assign Mr. Levine to work other than the golf course?

10  A. I don't assign it. I just monitor.

11  MS. TRIPOLI: Monitor the assignment?

12  THE WITNESS: Monitor the dollars he's being paid out of the ARRA fund.

14  BY MR. CARNAGEY:

15  Q. Did Ms. Banks tell you where or when she made these notes?

17  A. I believe to be the same day or the day before. That's how it normally is.

19  Q. Did she tell you that she had just made these notes within a day or two of your discussion with her, as opposed to having made them at some meeting at sometime prior to your discussions?

23  A. No.

24  Q. Did you discuss with Ms. Banks Mr. Levine's right to bump down to lower positions if he was laid

1  STATE OF CALIFORNIA    )
2                         )
3  COUNTY OF ALAMEDA      )
4
5       I, JEANNIE M. CHIMPKY, do hereby certify:
6       That GRACE ILAS SAGUN HARLEY, in the foregoing
7  deposition named, was present and by me sworn as a
8  witness in the above-entitled action at the time and
9  place therein specified;
10      That said deposition was taken before me at
11 said time and place, and was taken down in shorthand by
12 me, a Certified Shorthand Reporter of the State of
13 California, and was thereafter transcribed into
14 typewriting, and that the foregoing transcript
15 constitutes a full, true and correct report of said
16 deposition and of the proceedings that took place;
17      IN WITNESS WHEREOF, I have hereunder subscribed
18 my hand this 14th day of July 2005.
19
20
21
22
23                         _____
                           /JEANNIE M. CHIMPKY, /CSR/ No. 12742
24                         State of California
25