**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **September 09, 2005**

**C-04-01780CRB**

 **EDWARD LEVINE v. CITY OF ALAMEDA**

Attorneys:  Roger Carnagey      Linda Tripoli

Deputy Clerk: **BARBARA ESPINOZA**    Reporter: **James Yeomans**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. D's Motion for Summary Judgment | Continued |
| 2. P's Motion for Summary Judgment | Continued |
| 3. | |

**ORDERED AFTER HEARING:**

( ) ORDER TO BE PREPARED BY:   Plntf ___   Deft ___   Court ___

( ) Referred to Magistrate Judge For: ___
   ( )By Court    ( )Parties to approach Chief Magistrate in future

(X) CASE CONTINUED TO December 09, 2005 @ 10:00 a.m. for Motions for Summary Judgment

Discovery Cut-Off ___    Expert Discovery Cut-Off ___

Plntf to Name Experts by ___    Deft to Name Experts by ___

P/T Conference Date ___   Trial Date ___   Set for ___ days
     Type of Trial: ( )Jury   ( )Court

Notes: ___