LINDA A. TRIPOLI (SBN 100389)
Attorney at Law
One Blackfield Drive, No. 403
Tiburon, California 94920
Telephone: (415) 380-8822
Facsimile: (415) 380-8868

Attorney for Defendants
CITY OF ALAMEDA and JAMES FLINT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| EDWARD LEVINE<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ALAMEDA, a California Charter City, and JAMES M. FLINT, both individually and as City Manager for the City of Alameda,<br><br>Defendants. | Case No. C04-01780 CRB/ADR<br><br>**SUPPLEMENTAL DECLARATION OF KAREN WILLIS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br>[Fed. R. Civ. P. 56]<br><br>Date: December 9, 2005<br>Time: 10:00 a.m.<br>Ctrm.: 8 (19th Floor) |
|---|---|

I, KAREN WILLIS, hereby declare as follows:

1. I am the Human Resources Director for the City of Alameda. My duties and responsibilities include managing the human resources and labor relations functions of the City of Alameda. I have held that position since November 4, 2002. I have personal knowledge of the facts stated herein, except those stated on information and belief, and could and would competently testify thereto if called as a witness.

2. Attached hereto as Exhibit 1 is a true and correct copy of my job description as Human Resources Director for the City of Alameda.

3. It was my experience when working with James Flint that if either I or the agency's attorney told him that a personnel action was not appropriate, he would not go forward with it.

---
SUPPLEMENTAL DECL. OF KAREN WILLIS ISO DEFS. MOTION FOR SUMARY JUDGMENT
Levine v. City of Alameda and Flint
Case No. C-04-01780 CRB/ADR          -1-

1 | I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of November, 2005 at Alameda, California.

_____
KAREN WILLIS

# • ALAMEDA CALIFORNIA •

## Job Description

[Salary Schedule][Benefits][MOU]

# Human Resources Director

JC1070 exempt 36.00 CSB 0000-00-00 rev. 1999-07-16

### Definition

Under general direction, functions as the administrative head of the Human Resources Department and is the final departmental authority in all matters of policy and operation; organizes, directs and controls all human resources activities; plans and manages comprehensive human resources, labor relations and employee relations programs; acts as the City's primary authority on human resources issues; performs other related work as required. This position is Civil Service exempt.

### Distingushing Features

This is a single-position classification at the top management level. The Human Resources Director is appointed by and reports directly to the City Manager, is a member of the City's top management team and is responsible for all operations of the Human Resources Department. Various related functions may be assigned to the department depending on the needs and priorities of the City.

### Example of Duties

1. Establishes the mission of the Human Resources Department through and in response to the assessment of City needs and priorities.
2. Directs and participates in the development of goals, objectives, policies and procedures for the Human Resources Department.
3. Plans, directs, supervises and coordinates activities of Human Resources personnel.
4. Plans and directs comprehensive human resources, labor relations and employee relations programs and provides services to other City departments and designated agencies in accordance with federal, state and City Civil Service rules and laws, including employment management; classification and compensation; retirement systems; human resources planning, training and development; volunteer program, employee benefits and services; personnel transactions and records.
5. Represents the City in employee labor contract negotiations; establishes and maintains effective management-employee relations and administers employee group contacts and agreements; provides counsel and advice on labor relations issues and matters.
6. Provides counsel and directs activities related to policies, discipline, grievances, terminations and other personnel practices and problems; directs interaction with and counsels employees on job-related issues and problems, appeals and grievance rights and other work place issues.
7. Directs the development and maintenance of classification and compensation programs including administration of integrated human resources/payroll and finance computer system and functions.
8. Directs employment management functions including recruitment, examination, selection, orientation and promotion activities.
9. Directs administration of employee development programs and employee training activities.
10. Oversees the maintenance and provision of data in accordance with local, state, and federal record keeping requirements and as a research data source.
11. Plans, directs, conducts, and/or reviews studies and reports.
12. Provides staff support to assigned boards and commissions including the Civil Service Board and Pension Board.
13. Confers with other departments, agencies, public officials, labor relations representatives, employees, applicants, and public and community-based organizations regarding human resources and employee relations issues; makes presentations on human resources and employee relations projects, programs and activities.
14. Participates in City management staff meetings with other Department Heads; discusses and reviews overall City problems and priorities; may serve on special task forces or direct the conduct of projects having a general City-wide impact.
15. Oversees preparation and administration of departmental budget.
16. Responsible for the supervision, training and evaluation of Human Resources personnel.

### Education & Experience

Any combination equivalent to education and experience likely to provide the required knowledge and abilities. A typical way to obtain the knowledge and abilities would be:

### Education

Graduation from an accredited four year college or university with major course work in human

**EXHIBIT 1**

resources management, industrial relations, business or public administration or a related field. A related advanced degree is desirable.

### Experience
Ten years of broad and extensive experience in all major phases of human resources administration and management including employee and labor relations, at least five of which shall involve responsible management experience.

### Knowledge
Knowledge of philosophy, objectives, trends, techniques, principles and practices of public sector human resources management and administration including labor relations and negotiations, employment management, classification and compensation, benefits administration, employee relations and employee development; state, federal and local laws and regulations related to human resources management.

### Ability
Ability to effectively and efficiently plan, organize, coordinate and direct all Human Resources Department activities; demonstrate effective leadership; develop and implement goals, objectives, policies, procedures, work standards and internal controls; oversee development and implementation of comprehensive human resources, labor relations and employee relations programs, and other human resources activities; review and analyze complex and technical information; draw valid conclusions and project consequences of decisions and recommendations; set priorities and meet deadlines; apply state, federal and local laws and regulations related to Human Resources Department management; interpret, apply and explain rules, laws, regulations, policies and procedures; issue instructions, directions and orders; analyze situations and make quick decisions requiring sound judgment; maintain level of knowledge required for satisfactory job performance; establish and maintain accurate records; prepare concise, comprehensive reports; communicate effectively; act with resourcefulness, courtesy and initiative; exercise independent judgment; and establish and maintain effective working relationships with employees, management personnel, public officials, employee groups and the general public.

### Other Requirements
May require possession of a valid California Driver's License and satisfactory driving record as a condition of initial and continued employment.

"Dedicated to Excellence, Committed to Service"

### Human Resources Department
2263 Santa Clara Avenue, Room 290, Alameda California 94501
Tel (510) 747-4900  Fax (510) 747-4902
E-Mail hr@ci.alameda.ca.us

[Normal view]

HOME   NEWS   SERVICES   GOVERNMENT   COMMUNITY   BUSINESS

Privacy   Accessibility   Contact Webmaster   Site Map   Search

**City of Alameda California**
www.ci.alameda.ca.us
copyright © 1998 - 2005 all rights reserved