ROGER A. CARNAGEY (SBN 79005)
Attorney at Law
One Kaiser Plaza, Suite 601
Oakland, CA 94612
(510) 452-5005
(510) 451-2944 fax

Attorney for Plaintiff
EDWARD LEVINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEVINE, | Case No. C04-01780 CRB |
| Plaintiff, | **PLAINTIFF'S OBJECTIONS TO DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CITY OF ALAMEDA, a California Charter City, and JAMES M. FLINT, both individually and as City Manager for the City of Alameda, | Hearing Date: December 9, 2005<br>Time: 10:00 a.m.<br>Place: Courtroom No. 8, 19th Floor<br>Hon. Charles R. Breyer |
| Defendants. | |

Plaintiff Edward R. Levine hereby objects to Defendants' Supplemental Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment and the evidence cited therein as follows:

1. Defendants' Supplemental Brief violates the Court's September 13, 2005 order that the parties' supplemental briefs <u>not</u> exceed ten pages in length. Further objection is made on the grounds that the supplemental brief raises new issues (such as "Home Rule" under the California Constitution and issue preclusion) which are beyond the scope of this Court's September 13, 2005 order specifying each of the specific legal issues to be addressed by the parties. Defendants had not raised these issues in any prior briefs on the cross-motions for summary judgment.

/////

/////

/////

2. 2. Plaintiff objects to the following evidence:

| Evidence | Objections |
|---|---|
| 1. Decl. of Karen Willis, ¶3 | Lack of relevancy, lack of foundation and conclusory; speculative and hearsay (FRE 401, 402; 801, 802) |
| 2. Decl. of James Flint, ¶1 | Lack of foundation and incomplete as to dates (FRE 401, 402) |
| 3. Decl. of James Flint, 4 | Lack of foundation and hearsay as to Flint's "understanding"; lack of personal knowledge (FRE 401, 402, 801, 802; 602) |
| 4. Decl. of James Flint, ¶5 | Lack of relevancy, lack of foundation and hearsay with respect to "almost always"; inadmissible evidence of custom, habit or routine (FRE 401, 402; 801; 802; 406) |
| 5. Decl. of James Fling, ¶6 | Lack of foundation, speculative, hearsay, and improper legal opinion; unfairly prejudicial (FRE 401, 402, 403; 701, 702; 801, 802) |

Plaintiff requests the Court issue its ruling on each of the above objections, as well as the prior objections filed by plaintiff on August 26, 2005, either at the December 9, 2005 hearing or in its written decision on the cross-motions for summary judgment.

Dated: December 1, 2005

/s/ _____
ROGER A. CARNAGEY
Attorney for Plaintiff
EDWARD LEVINE

# PROOF OF SERVICE

The undersigned states:

I am a citizen of the United States and I am employed in the County of Alameda, State of California; I am over the age of 18 years and not a party to the within action; my business address is 405 14th Street, Suite 217, Oakland, CA 94612.

On the date shown below, I caused to be served:

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

**PLAINTIFF'S REPLY TO DEFENDANTS' SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

on the interested parties shown below in said action, by placing a true copy thereof enclosed in a sealed envelope, with first class postage fully prepaid thereon, in the United States mail at Oakland, California, addressed as follows:

Linda Tripoli
Attorney at Law
One Blackfield Drive, No. 403
Tiburon, CA 94920

**AND**

by E-mail to:

Linda@tripolilaw.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at Oakland, California on December 1, 2005.

/s/
JUDY LYONS

PLAINTIFF'S OBJECTIONS TO DEFENDANTS'
SUPP..MPA FOR SUMM. JUDGMENT