**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **December 09, 2005**

**C-04-01780CRB**

**EDWARD LEVINE** v. **CITY OF ALAMEDA**

Attorneys:   Roger Carnegey             Linda Tripoli

Deputy Clerk: **BARBARA ESPINOZA**    Reporter: **Juanita Gonzalez**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. D's Motion for Summary Judgment | Submitted |
| 2. P's Motion for Summary Judgment | Submitted |
| 3. | |

4-178**ORDERED AFTER HEARING:**

( ) ORDER TO BE PREPARED BY:   Plntf ____  Deft ____  Court ____
( ) Referred to Magistrate Judge For: ____
          ( )By Court        ( )Parties to approach Chief Magistrate in future
( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____           Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for ____ days
              Type of Trial:  ( )Jury    ( )Court

Notes: _____