IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEVINE, | No. C 04-01780 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF ALAMEDA and JAMES M. FLINT, | |
| Defendants. | |

The Court having GRANTED in part and DENIED in part plaintiff's motion for summary judgment, and having GRANTED in part and DENIED in part defendants' motion for summary judgment, judgment is entered in favor of plaintiff on his claim that defendant Flint deprived him of his constitutional due process rights, and judgment is entered in favor of defendants as to the City's claim of non-liability under Monell and as to defendant Flint's claim of qualified immunity.

**IT IS SO ORDERED.**

Dated: January 12, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\1780\judgment.wpd