ROGER A. CARNAGEY (SBN 79005)
Attorney at Law
One Kaiser Plaza, Suite 601
Oakland, CA 94612
(510) 452-5005
(510) 451-2944 (fax)

Attorney for Plaintiff
EDWARD LEVINE


LINDA A. TRIPOLI (SBN 100389)
Attorney at Law
One Blackfield Drive, No. 403
Tiburon, California 94920
Telephone: (415) 380-8822
Fax: (415) 380-8868

Attorneys for Defendants
CITY OF ALAMEDA and
JAMES M. FLINT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD LEVINE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF ALAMEDA,, *et al.* a California Charter City, and JAMES M. FLINT, both individually and as City Manager for the City of Alameda,<br><br>　　　　Defendants. | Case No. C-04-01780 CRB / ADR<br><br>**DECLARATION, STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF FILING DATES FOR MOTIONS FOR ATTORNEYS' FEES, BILLS OF COST AND NOTICES OF APPEAL [Northern District Civil Local Rule 6-2]** |

**DECLARATION OF LINDA A. TRIPOLI**

　　I, LINDA A. TRIPOLI, hereby declare as follows:

　　1.　　I am the attorney of record for Defendants in this action.

-1-
Levine v. City of Alameda (Case No. C-04-01780 CRB/ADR)
STIPULATION AND [PROPOSED] ORDER RE: EXT. OF FILING DATES FOR MOTIONS FOR ATTYS'
FEES, BILLS OF COST AND NOTICES OF APPEAL

1      2.    Roger Carnagey, Counsel for Plaintiff and I have discussed the Court's January 12, 2006 Memorandum and Order re: Cross Motions for Summary Judgment and Judgment and agree that we each have questions about aspects of the Memorandum and Order which we believe will be able to be addressed at the February 10, 2006 Status Conference.

    3.    Mr. Carnagey and I have discussed and agree that after the February 10, 2006 Status Conference, it may be in the parties' mutual interest to continue in Court-sponsored mediation with Jeffrey Wohl, who previously conducted a mediation with the parties in this case on April 5, 2005.

    4.    Mr. Carnagey and I have also discussed and agree that it is prudent and beneficial that neither party incur additional attorneys' fees in moving for attorneys' fees or in preparing and filing bills of costs until at least after the February 10, 2006 Status Conference and until after the parties participate in further mediation if mutually deemed advisable after said Status Conference.

    5.    Mr. Carnagey and I have also discussed and agree that it is prudent and beneficial that neither party incur additional attorneys' fees in filing respective notices of appeal until after the February 10, 2006 Status Conference and, if possible, until at least after the parties participate in further mediation if mutually deemed advisable after said Status Conference.

    6.    There have been no prior extensions of time with regard to the filing of motions for attorneys' fees, bills of costs or notices of appeal.

    7.    This proposed extension of time will somewhat delay the hearing of the motions for attorneys' fees and any objections to bills of cost as well as the commencement of any appeals. However, this proposed extension of time will not delay the pending Status Conference and there are no other scheduled hearings or proceedings in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of January, 2006 at Tiburon, California.

                                /S/
                            LINDA TRIPOLI

## STIPULATION

In accordance with the accompanying Declaration of Linda A. Tripoli, the parties hereby stipulate, by and through their respective counsel, that the date for the filing of respective <u>motions for attorneys fees and bills of costs</u> shall be extended from January 26, 2006 until the later of the two following dates:

1) February 24, 2006 which is fourteen days after the February 10, 2006 Status Conference before Judge Breyer, or

2) Fourteen days after completion of mediation provided the parties voluntarily agree, prior to February 24, 2006, to continue mediation with Jeffrey Wohl.

In addition, the parties hereby stipulate, by and through their respective counsel, that the date for the filing of respective <u>notices of appeal</u> shall be extended from February 13, 2006 until March 15, 2006.

It is so stipulated.

Date: January 23, 2006            _____/S/_____
                                  ROGER A. CARNAGEY
                                  Attorney for Plaintiff
                                  EDWARD LEVINE

Date: January 23, 2006            _____/S/_____
                                  LINDA A. TRIPOLI
                                  Attorney for Defendants
                                  City of Alameda and James M. Flint

## ORDER

Good cause appearing, IT IS SO ORDERED.

Date: January 24, 2006            _____
                                  CHARLES R. BREYER
                                  United States District Judge

*IT IS SO ORDERED* — Judge Charles R. Breyer

-3-

Levine v. City of Alameda (Case No. C-04-01780 CRB/ADR)
STIPULATION AND [PROPOSED] ORDER RE: EXT. OF FILING DATES FOR MOTIONS FOR ATTYS' FEES, BILLS OF COST AND NOTICES OF APPEAL