ROGER A. CARNAGEY (SBN 79005)
Attorney at Law
One Kaiser Plaza, Suite 601
Oakland, CA 94612
(510) 452-5005
(510) 451-2944 fax

Attorney for Plaintiff
EDWARD LEVINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEVINE, | Case No. C04-01780 CRB |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR CLARIFICATION OF ORDER AND JUDGMENT ENTERED ON JANUARY 12, 2006** |
| vs. | |
| CITY OF ALAMEDA, a California Charter City, and JAMES M. FLINT, both individually and as City Manager for the City of Alameda, | Hearing Date: February 10, 2006<br>Time: 8:30 a.m.<br>Place: Courtroom No. 8, 19th Floor<br>Hon. Charles R. Breyer |
| Defendants. | |

Plaintiff Edward Levine hereby requests that the Court clarify its order and judgment entered on January 12, 2006, at or before the status conference scheduled for February 10, 2006, in the following respects:

(1) Does the Court's judgment as to plaintiff being provided a "meaningful opportunity to be heard" with respect to his claims of a pretextual and sham layoff include any type of evidentiary hearing before a third party arbiter at which evidence and witnesses may be presented by both parties?

(2) Does the third party arbiter have the authority to reverse the decision to lay off plaintiff and award appropriate make-whole relief such as backpay, reinstatement or frontpay?

(3) In light of the Court's judgment and order that individual defendant James Flint provide plaintiff with a meaningful opportunity to be heard concerning his claims that his layoff was a pretext and sham and bear the costs of the neutral arbiter, the Court's finding that defendant

City of Alameda and James Flint enjoy municipal immunity and qualified immunity, respectively, and the fact that defendant Flint is no longer employed by the City of Alameda, in what manner are the parties to comply with the Court's order and judgment, particularly in view of the Court's finding that "it was the City's responsibility to provide the opportunity to be heard" (Court's Order dated January 12, 2006, at 8:22-24)?

(4) How is plaintiff to enforce the Court's award of declaratory relief under the circumstances wherein each defendant has been held to immunity from <u>any</u> liability for their actions in depriving plaintiff of his due process rights?

Dated: February 3, 2006

/s/
ROGER A CARNAGEY
Attorney for Plaintiff
Edward Levine

| | |
|---|---|
| 1 | <u>PROOF OF SERVICE</u> |
| 2 | I am employed in the county of Alameda, I am over the age of eighteen years and not a |
| 3 | party to the above-entitled cause; my business address is 405 14th Street, Oakland, California |
| 4 | 94612, County of Alameda. |
| 5 | On the date shown below I served a true copy of: **PLAINTIFF'S REQUEST FOR** |
| 6 | **CLARIFICATION OF ORDER AND JUDGMENT ENTERED ON JANUARY 12, 2006** on |
| 7 | the interested party shown below in said action, by email to **Linda@Tripolilaw.com** and by |
| 8 | placing a true copy thereof enclosed in a sealed envelope, with first class postage fully prepaid |
| 9 | thereon, in the United States mail at Oakland, California, addressed as follows: |

Linda A. Tripoli, Esq.
One Blackfield Drive, No. 403
Tiburon, CA 94920

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 3, 2006, at Oakland, California.

/s/
JUDITH LYONS