# CIVIL MINUTES

**Judge CHARLES R. BREYER**

Date: **February 17, 2006**

**C-04-01780** CRB

**LEVINE** v. **CITY OF ALAMEDA ET AL**

Attorneys:   Roger Carnege _____          Linda Tripoli _____

_____          _____

Deputy Clerk: **BARBARA ESPINOZA** _____          Reporter: **Debra Pas** _____

**PROCEEDINGS:**                                                    **RULING:**

1.   P's Motion for Clarification _____          _____

2.  Further Case Management Conference _____          _____

3. _____          _____

**ORDERED AFTER HEARING:**

 The Court rules that plaintiff is entitled to a full evidentiary hearing and that it be conducted by a

third neutral party _____

(  ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _____

(  ) Referred to Magistrate Judge For: _____

(  ) CASE CONTINUED TO _____          for _____

Discovery Cut-Off _____          Expert Discovery Cut-Off _____

Plntf to Name Experts by _____          Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____  Set for _____ days
                    Type of Trial:  (  )Jury     (  )Court

Notes: _____

_____

_____