```
 1  ROGER A. CARNAGEY (SBN 79005)
    Attorney at Law
 2  One Kaiser Plaza, Suite 601
    Oakland, CA 94612
 3  (510) 452-5005
    (510) 451-2944 fax
 4
    Attorney for Plaintiff
 5  EDWARD LEVINE
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10  EDWARD LEVINE,                          Case No. C04-01780 CRB
11         Plaintiff,                       PLAINTIFF'S NOTICE OF APPEAL
                                            FROM ORDER AND AMENDED
12     vs.                                  JUDGMENT GRANTING PARTIAL
                                            SUMMARY JUDGMENT TO
13  CITY OF ALAMEDA, a California Charter   DEFENDANTS CITY OF ALAMEDA
    City, and JAMES M. FLINT, both          AND JAMES M. FLINT
14  individually and as City Manager for the City
    of Alameda,
15
           Defendants.
16  _____/
```

17    Plaintiff Edward Levine hereby appeals the order and amended judgment granting

18 summary judgment on defendants City of Alameda and James Flint entered by the District

19 Court on January 12, 2006 and February 13, 2006, respectively, with respect to the following

20 issues:

21    1. The grant of qualified immunity to defendant Flint;

22    2. The grant of municipal immunity to defendant City of Alameda; and

23    3. The denial of equitable relief by way of reinstatement, frontpay, and backpay to

24 plaintiff. A true and correct copy of said order and amended judgment are attached hereto as

25 Exhibits A and B, respectively. [See 3:04-cv-01780-CRB efiled Documents 77 and 85]

26    Date: March 15, 2006

                                            /s/_____
27                                          ROGER A. CARNAGEY
                                            Attorney for Plaintiff
28                                          EDWARD LEVINE

## PROOF OF SERVICE

I am employed in the county of Alameda, I am over the age of eighteen years and not a party to the above-entitled cause; my business address is 405 14th Street, Oakland, California 94612, County of Alameda.

On the date shown below I served a true copy of: **PLAINTIFF'S NOTICE OF APPEAL FROM ORDER AND AMENDED JUDGMENT GRANTING PARTIAL SUMMARY JUDGMENT TO DEFENDANTS CITY OF ALAMEDA AND JAMES M. FLINT** on the interested party shown below in said action, by placing a true copy thereof enclosed in a sealed envelope, with first class postage fully prepaid thereon, in the United States mail at Oakland, California, addressed as follows:

> Linda A. Tripoli, Esq.
> One Blackfield Drive, No. 403
> Tiburon, CA 94920

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 15, 2006, at Oakland, California.

_____
JUDITH LYONS

Plaintiff's Notice of Appeal from Order and Judgment Granting
Partial Summary Judgment to City of Alameda and James Flint