**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEVINE,<br><br>       Plaintiff,<br><br>   v.<br><br>CITY OF ALAMEDA, et al.,<br><br>       Defendants.                                      / | No. C 04-01780 CRB<br><br>**SCHEDULING ORDER** |

In consideration of the parties' efforts to resolve any disputes through mediation, as well as the scheduled unavailability of counsel, the Court hereby orders the parties to comply with the following briefing schedule for any motions for attorney's fees and costs:

1.  Motions shall be filed on May 26, 2006.
2.  Oppositions shall be filed no later than June 9, 2006.
3.  Replies, if any, shall be filed no later than June 16, 2006.
4.  The Court will hear oral argument on June 30, 2006 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: April 24, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\1780\scheduling order.wpd