ROGER A. CARNAGEY (SBN 79005)
Attorney at Law
One Kaiser Plaza, Suite 601
Oakland, CA 94612
(510) 452-5005
(510) 451-2955 (fax)

Attorney for Plaintiff
EDWARD LEVINE

LINDA A. TRIPOLI (SBN 100389)
Attorney at Law
One Blackfield Drive, No. 403
Tiburon, CA 94920
(415) 380-8822
(415) 380-8868 (fax)

Attorney for Defendants
CITY OF ALAMEDA and
JAMES M. FLINT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD LEVINE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF ALAMEDA, et al., a California Charter City, and JAMES M. FLINT, both individually and as City Manager for the City of Alameda,<br><br>　　　　Defendants.<br>_____/ | Case No. C04-01780 CRB<br><br>**DECLARATION, STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF FILING DATES FOR MOTIONS FOR ATTORNEY'S FEES AND BILLS OF COST**<br><br>**[Northern District Civil Local Rule 6-2]** |

### DECLARATION OF ROGER A. CARNAGEY

I, Roger A. Carnagey, hereby declare as follows:

1. I am the attorney of record for plaintiff in this action.

2. On May 22, 2006, I began suffering from headaches, stuffiness and severe congestion in my head and chest. On May 23, 2006, I visited my regular physician who diagnosed me with a probable ear and sinus infection and prescribed both medication and a treatment regimen. My physician further advised me that my condition may be a viral infection and may require a different course of treatment.

Declaration/Stipulation and Proposed Order re:
Extension of filing dates for Fees Motion, etc.　　　　　　　　1

3. Due to my illness, I have been unable to effectively perform legal work on plaintiff Levine's motion for attorney's fees and bill of costs since May 22, 2006. If the medication and treatment prescribed by my physician is effective, I anticipate that I will be able to complete the motion and costs bill of plaintiff by June 1, 2006.

4. I have discussed my illness with Linda Tripoli, counsel for defendants, and we have agreed to extend two of the dates previously set by this Court's scheduling order dated April 24, 2006. The only dates the parties are agreeing to extend relate to the initial motion and costs bill filing date and the date for opposition briefs to be filed.

5. The dates previously set by this Court's order for filing of reply briefs and the hearing date will not be extended by this stipulation.

6. The parties have previously sought two extensions of the initial filing date for the motions and costs bills, one in February 2006 because of continuing mediation efforts and a second extension in April 2006 because of Ms. Tripoli's vacation schedule.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in Oakland, CA on May 24, 2006.


/S/
ROGER A. CARNAGEY


**STIPULATION**

In accordance with the accompanying Declaration of Roger A. Carnagey, the parties hereby stipulate, by and through their respective counsel, that the date for the filing of respective <u>motion for attorney's fees and bills of costs and opposition thereto</u> shall be extended from May 26, 2006 to the following dates:

1. The motions for attorney's fees and bill of costs shall be filed not later than June 1, 2006;

2. Any opposition papers to the motions for attorney's fees shall be filed not later then

June 13, 2006.

All other previously set dates for filing any reply briefs and hearing on the motions shall remain the same.

**IT IS SO STIPULATED**.

Date: May 24, 2006         /s/ _____
                           ROGER A. CARNAGEY
                           Attorney for Plaintiff
                           EDWARD LEVINE


Date: May 24, 2006         /s/ _____
                           LINDA A. TRIPOLI
                           Attorney for Defendants
                           City of Alameda and James M. Flint


**ORDER**

Good cause appearing, IT IS SO ORDERED.

Date: May 30, 2006

_____
CHARLES R. BREYER
United States D[istrict Judge]



Declaration/Stipulation and Proposed Order re:
Extension of filing dates for Fees Motion, etc.                    3