IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD LEVINE,

    Plaintiff,

v.

CITY OF ALAMEDA, et al.,

    Defendants.

No. C 04-01780 CRB

**ORDER RE SUPPLEMENTAL ATTORNEY'S FEES**

Now pending before the Court is plaintiff's Application for Award of Supplemental Attorney's Fees for additional work expended in support of his Motion for Attorney's Fees after the cross-motions were filed on June 1, 2006. Plaintiff originally requested an award of $153,655.00. On July 5, 2006, the Court issued an Order granting plaintiff's $26,552.50 in attorney's fees.

The Ninth Circuit "has repeatedly held that time spent by counsel in establishing the right to a fee award is compensable." Davis v. City and County of San Francisco, 976 F.2d 1536, 1544 (9th Cir. 1992) *vacated and remanded on other grounds*, 984 F.2d 345. However, a proportionate reduction in such fees may be warranted. See Thompson v. Gomez, 45 F.3d 1365, 1367 (9th Cir. 1995) (noting that "fees for fee litigation should be excluded to the extent that the applicant ultimately fails to prevail in such litigation"). Thus, as explained by the Thompson court, the relative degree of success in litigating for merits fees should bear upon the size of the fees-on-fees award. Id at 1368. Furthermore, a court

1 may determine what percentage of the merit fees requested were awarded, and award that
2 same percentage of the fees on fees requested. Id. at 1368.
3     Plaintiff's actual award was 17.3 percent of what he originally requested.  In this
4 Application, plaintiff further requests $6,370.00 based on 19.6 hours of attorney time,
5 supported by declaration, at the hourly rate of $325 set by the Court in the July 5 Order.
6 Applying the same percentage used for the merit fee award, the Court hereby orders that
7 plaintiff shall receive an additional $1,102.01 in supplemental fees.
8     **IT IS SO ORDERED.**

11 Dated: July 31, 2006                                   CHARLES  R. BREYER
                                                          UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

G:\CRBALL\2004\1780\order re supplemental attorney's fees.wpd     2