**FILED**

JUN 0 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 04 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| EDWARD LEVINE,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>CITY OF ALAMEDA, a California Charter City; JAMES M. FLINT both individually and as City Manager for the City of Alameda,<br><br>    Defendants - Appellees. | No. 06-15480<br>D.C. No. CV-04-01780-CRB<br>Northern District of California, San Francisco<br><br>**MANDATE** |
| EDWARD LEVINE,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>CITY OF ALAMEDA, a California Charter City; JAMES M. FLINT both individually and as City Manager for the City of Alameda,<br><br>    Defendants - Appellants. | No. 06-15481<br>D.C. No. CV-04-01780-CRB<br>Northern District of California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered 5/13/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk