FILED

JUL 15 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDWARD LEVINE,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>CITY OF ALAMEDA, a California Charter City; et al.,<br><br>        Defendants - Appellees. | No. 06-17050<br><br>D.C. No. CV-04-01780-CRB<br>Northern District of California,<br>San Francisco<br><br>ORDER |

    The court is in receipt of appellant's correspondence dated June 10, 1008, requesting voluntary dismissal of this appeal. The court construes appellant's letter as a motion to dismiss. So construed, the motion is granted and this appeal is dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

    This order served on the district court shall act as and for the mandate of this court.

                      FOR THE COURT:


                      By: Stephen Liacouras
                      Circuit Mediator

sl/mediation