1  LINDA A. TRIPOLI (SBN 100389)
   Attorney at Law
2  708 Gravenstein Highway North, No. 188
   Sebastopol, CA 95472
3  Telephone: (707) 827-3416
   Fax: (707) 827-3418
4
   Attorneys for Defendants
5  CITY OF ALAMEDA and
   JAMES M. FLINT
6

7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11

12 | EDWARD LEVINE,                         | Case No. C-04-01780 CRB
13 |     Plaintiff,                         |
14 |     vs.                                | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
15 | CITY OF ALAMEDA, *et al.*              |
16 |     Defendants.                        | Date:    May 14, 2010
   |                                        | Time:    8:30 a.m.
17 |                                        | Courtroom: 8, 19th Floor

18
19       Plaintiff (*in pro per*) and Defendants hereby jointly request and stipulate to the
20 continuance of the Case Management Conference in this matter, currently scheduled for May 14,
21 2010, until May 29, 2010 at 8:30 a.m. The parties also request and stipulate to the continuance
22 of the filing date for their Case Management Conference Statements from May 7 to May 21,
23 2010. This request and stipulation is made necessary by the fact that Defendant's counsel will
24 be on vacation between May 3 and May 14, 2010 and Plaintiff is also out of the state until May
25 10, 2010.
26       / / /
27       / / /
28
                                          -1-

Dated: May 5, 2010

By: _____/S/_____
Edward Levine
*In Pro Per*

Dated: May 5, 2010

By: _____/S/_____
Linda A. Tripoli
Attorney at Law
Attorney for Defendants

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for May 14, 2010 be continued to May 28, 2010 at 8:30 a.m. and that the filing date for the parties' Case Management Conference Statements be continued to May 21, 2010.

Dated: May 10, 2010

By: _____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

Case No. C-04-01780 CRB   STIPULATION TO CONTINUE CMC AND [PROPOSED] ORDER
Levine v. City of Alameda