**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 28, 2010**     Time: 5 minutes

**C-04-01780 CRB**

**LEVINE v. CITY OF ALAMEDA ET AL**

Attorneys:     Pro Se                          Linda Tripoli

Deputy Clerk: **BARBARA ESPINOZA**     Reporter: **Kathy Wyatt**

**PROCEEDINGS:**                                                         **RULING:**

1. Case Management Conference - Held

2.

3.

**ORDERED AFTER HEARING:**

( ) ORDER TO BE PREPARED BY:   Plntf ___  Deft ___  Court ___

( ) Referred to Magistrate Judge for:

( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off _____     Expert Discovery Cut-Off _____
Plntf to Name Experts by _____     Deft to Name Experts by _____
P/T Conference Date _____  Trial Date _____ Set for ___ days
                    Type of Trial: ( )Jury   ( )Court

Notes: